IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Austin, Dana C

Printed: 01/22/09

Case Number:  05 B 00315
Judge:  Squires, John H
Filed:  1/5/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed:  December 18, 2008
Confirmed:  February 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 21,252.00 |  |
| Secured: |  | 9,464.16 |
| Unsecured: |  | 7,550.56 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,894.00 |
| Trustee Fee: |  | 1,091.28 |
| Other Funds: |  | 252.00 |
| Totals: | 21,252.00 | 21,252.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Key Bank USA National Association | Secured | 8,324.98 | 8,324.98 |
| 3. | Countrywide Home Loans Inc. | Secured | 1,139.18 | 1,139.18 |
| 4. | Americash Loans, LLC | Unsecured | 232.01 | 268.69 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 300.00 | 347.35 |
| 6. | RoundUp Funding LLC | Unsecured | 5,351.67 | 6,197.22 |
| 7. | Surety Finance | Unsecured | 112.50 | 130.25 |
| 8. | Sprint Nextel | Unsecured | 524.34 | 607.05 |
| 9. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 10. | Key Bank USA National Association | Unsecured | | No Claim Filed |
| 11. | Illinois Bone & Joint Institute | Unsecured | | No Claim Filed |
| 12. | Northwestern Medical Faculty | Unsecured | | No Claim Filed |
| 13. | Northwestern Medical Faculty | Unsecured | | No Claim Filed |
| 14. | Northland Group Inc | Unsecured | | No Claim Filed |
| 15. | Orchard Bank | Unsecured | | No Claim Filed |
| 16. | Retailers National Bank | Unsecured | | No Claim Filed |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 18. | Comcast | Unsecured | | No Claim Filed |
| | | | $ 18,878.68 | $ 19,908.72 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Austin, Dana C

Printed: 01/22/09

Case Number:  05 B 00315

Judge:  Squires, John H

Filed:  1/5/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 75.08 |
| 4% | 55.43 |
| 3% | 48.52 |
| 5.5% | 241.39 |
| 5% | 80.85 |
| 4.8% | 142.66 |
| 5.4% | 441.30 |
| 6.6% | 6.05 |
| | $ 1,091.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

